STATE OF CONNECTICUT *v.* STEVEN P. DUFFEN

The motion by the defendant entitled "Motion to Dismiss State's Attorney on Appeal" in the appeal from the Superior Court in Fairfield County is denied.

The relief sought in the defendant's request entitled "Notice of Brief on Appeal" in the appeal from the Superior Court in Fairfield County is denied.

The petition by the defendant for a writ of error is dismissed.

*Steven P. Duffen,* pro se, in support of the motion.

Submitted November 21—decided December 3, 1969

CAROL C. LOWE *v.* MORTON E. LOWE

The motion by the defendant for an extension of time in which to file a motion to reargue the appeal from the Superior Court in Fairfield County is denied.

*Joel C. Karp,* on the motion.

Submitted November 25—decided December 3, 1969